UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | DOCKET NO. 3:24-CR-00264(11) |
| VERSUS | * | DISTRICT JUDGE DOUGHTY |
| JASON TEDDY POTTS | * | MAGISTRATE McCLUSKY |

## MOTION TO CONTINUE SENTENCING

NOW INTO COURT, through undersigned counsel, comes the defendant, JASON TEDDY POTTS, who respectfully moves for a continuance of the January 7, 2026 sentencing hearing on the following grounds:

1.

On September 19, 2025, Defendant Jason Teddy Potts entered a plea of guilty to Count 1 of the Second Superseding Indictment, Possession with the Intent to Distribute Methamphetamine in violation of 21 U.S.C. §841(a)(1) and § 846. *See* Doc. 274. Sentencing is scheduled for January 7, 2026 at 10:00 a.m. *See* Doc. 272.

2.

Undersigned counsel submits that she is scheduled to be out of town and will be unable to appear at a sentencing hearing on January 7, 2026. After discussion with the Court concerning available dates to reset the sentencing hearing, undersigned counsel submits that the next available date that does not conflict with previously scheduled trials and other court appearances is March 3, 2026. Accordingly, on behalf of Mr. Potts,

undersigned counsel requests that the sentencing hearing be reset for March 3, 2026, at 10:00 a.m.

3.

Undersigned counsel certifies that she has conferred with AUSA Jessica Cassidy concerning the requested continuance and that she has no objection to same.

WHEREFORE, the Defendant, JASON TEDDY POTTS, respectfully prays that the sentencing hearing be RESET for March 3, 2026.

>
> Respectfully submitted,
>
> CARMOUCHE, BOKENFOHR, BUCKLE & DAY
>
> BY:  /s/ Nichole M. Buckle
>    Nichole M. Buckle, LA Bar No. 32113
> One Bellemead Center
> 6425 Youree Drive, Suite 380
> Shreveport, Louisiana 71105
> Phone: (318) 629-0014
> Fax: (318) 404-1571
> Email: nikki@cbbd.law
>
> *Attorney for Jason Teddy Potts*