**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**UNITED STATES OF AMERICA**          **CASE NO.  3:24-CR-00264-10**

**VERSUS**                            **JUDGE TERRY A. DOUGHTY**

**KIMONI MCMURRAY (10)**              **MAG. JUDGE KAYLA D. MCCLUSKY**

**EXHIBIT LIST**
**Sentencing Hearing  6/3/26**

**PARTY:** UNITED STATES OF AMERICA

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | DATE ADMITTED |
|---|---|---|
| 1 | Summary of relevant Cash Ap payments between Boston / McMurray | 6/3/2026 |
| 2 | Summary of relevant Cash Ap payments between Barnes / McMurray | 6/3/2026 |
| 3 | Federal conviction documents re: enhancement | 6/3/2026 |
| 4 | 2 State conviction documents re: enhancement | 6/3/2026 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Page **1** of **1**